BRYAN SCHRODER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <br> ) COUNT 1 <br> ) CONSPIRACY |
| vs. | )    Vio. of 18 U.S.C. § 371 <br> ) |
| ADAM ALAN BLODGETT, | ) COUNT 2 <br> ) ACQUIRING FIREARM BY <br> ) DECEPTION |
| Defendant. | )    Vio. of 18 U.S.C. §§ 922(a)(6) and <br> ) 924(a)(2) <br> ) <br> ) COUNT 3 <br> ) FELON IN POSSESSION OF A <br> ) FIREARM <br> )    Vio. of 18 U.S.C. §§ 922(g)(1) and <br> ) 924(a)(2) <br> ) <br> ) CRIMINAL FORFEITURE <br> ) ALLEGATION <br> )    18 U.S.C. § 924(d) and 28 U.S.C. § <br> ) 2461(c) <br> ) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

Beginning at a date unknown and continuing until on or about March 17, 2020, within the District of Alaska, the defendant ADAM ALAN BLODGETT knowingly and intentionally conspired, confederated, and agreed with another person to commit an offense against the United States in violation of 18 U.S.C. § 922(g)(1), to wit: for the defendant ADAM ALAN BLODGETT, a person who had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm in and affecting interstate and foreign commerce, and did commit an overt act in furtherance of the conspiracy, to wit: travelling to Bass Pro Shops in Anchorage and purchasing a firearm.

All of which is violation of 18 U.S.C. § 371.

## COUNT 2

On or about March 17, 2020, within the District of Alaska, the defendant ADAM ALAN BLODGETT, in connection with the acquisition of a firearm from Bass Pro Shops, a licensed dealer of firearms, knowingly made and caused to be made a false and fictitious statement to Bass Pro Shops, which statement was intended and was likely to deceive Bass Pro Shops as to a fact material to the lawfulness of such sale of the said firearm to the defendant in that the defendant caused another person to false state that she was the actual transferee/buyer of the said firearm, despite knowing that she was actually acquiring the firearm on behalf of defendant ADAM ALAN BLODGETT.

All of which is in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT 3

Beginning on or about March 17, 2020, within the District of Alaska, the defendant, ADAM ALAN BLODGETT, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Taurus PT111 G2A 9mm semiautomatic pistol and associated ammunition.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(a)(6), (g)(1), and 924(a)(2), set forth in Counts 2 and 3 of this Indictment, the defendant ADAM ALAN BLODGETT shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense, including, but not limited to a Taurus PT111 G2A 9mm semiautomatic pistol, serial number TLY 19896, and associated ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

DATED June 25, 2020.

                                        BRYAN SCHRODER
                                        United States Attorney

                                        /s James Klugman
                                        JAMES KLUGMAN
                                        Assistant U.S. Attorney
                                        United States of America